DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

THOMAS PATRICK EVANS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D23-403

_____

November 8, 2023

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Pinellas County; William H. Burgess III, Judge.

Thomas Patrick Evans, pro se.

Ashley Moody, Attorney General, Tallahassee, and J. Wade Stidham, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

    Affirmed.

CASANUEVA, LaROSE, and LUCAS, JJ., Concur.

_____

Opinion subject to revision prior to official publication.